**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02019-LTB-OES

JOHN PYTLESKI,
        Plaintiff,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,
        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (filed August 22, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: August 23, 2005